UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHELBY C. ORR et al.,

Plaintiff,

v.

MARKWAYNE MULLIN et al.,

Defendant.

CASE NO. 3:26-cv-05389-DGE

ORDER DISMISSING THIS MATTER

On June 15, 2026, Plaintiff filed a notice of voluntary dismissal. (Dkt. No. 5.) Accordingly, this matter is closed. The Clerk is directed to close this case.

Dated this 16th day of June, 2026.

David G. Estudillo
United States District Judge